# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

TONY SCROGGINS                                                                          PLAINTIFF

VS.                         NO. 4:10CV01121 JTR

WAYNE MCGEE, individually and in his
official capacity as the Mayor of Lonoke, and
the CITY OF LONOKE                                                                      DEFENDANTS

## JUDGMENT

Judgment is entered in favor of Defendants Wayne McGee and the City of Lonoke on Plaintiff Tony Scroggins's 42 U.S.C. § 1983 claims.  Those claims are DISMISSED, WITH PREJUDICE.

Plaintiff's remaining state law claims are DISMISSED, WITHOUT PREJUDICE.

Dated this 12th day of September, 2011.

_____
UNITED STATES MAGISTRATE JUDGE